UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAUL BATEN,

       Plaintiff,

 -against-

BLEECKER FINEST CORP. d/b/a
BLEECKER'S FINEST DELI and HASAN A.
ALSHARAFI,

       Defendants.

Index No.: 21 Civ. 08555(RA)

~~(Proposed)~~ Judgment

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on April 1, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Raul Baten and against Bleecker Finest Corp. d/b/a Bleecker's Finest Deli and Hasan A. Alsharafi, jointly and severally, in the amount of $27,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
    April 4, 2022

So Ordered:

_____
District Judge Ronnie Abrams